371 A.2d 248

Perilli, Appellant, v. Perilli.

Submitted March 22, 1976. Julius E. Fioravanti, for appellant; S. Regen Ginsburg, for appellee.

Decree affirmed.

367 A.2d 729

Pierce v. Wilson, et al., Appellants.
Pierce v. Leonard, et al., Appellants.

Argued April 16, 1976. Joseph R. Rygiel, for appellants; J. E. Ferens, Jr., with him Ewing K. Newcomer, for appellee.

Order and judgment affirmed; petition for reargument refused November 1, 1976.